JOHN W. CRAWFORD, JR., as Administrator, etc., Respondent, *v.* THE WILSON AND BAILLIE MANUFACTURING COMPANY, Appellant.

(Submitted January 22, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made April 23, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles C. Nadal* for appellant.

*John C. Robinson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.